IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et al.

    Plaintiffs

v.                       **Civil No. 98-1057(SEC)**

MUNICIPALITY OF GUAYNABO, et al.

    Defendants

## ORDER

On June 25, 1999 the Court issued a partial judgment and an opinion and order, granting in part and denying in part a motion to dismiss filed by defendants **(Dockets #28, 29)**. Since then, nothing of substance has occurred in the case. Because discovery should have been concluded, parties are hereby **ORDERED to FILE** an informative motion by **October 25, 1999**, in which they inform the Court on the status of discovery as well as any settlement negotiations. If there is any discovery to be concluded, parties must also include a proposed joint discovery plan in which they set proposed pretrial deadlines for the conclusion of this case. **Failure to comply with this order may result in the imposition of sanctions pursuant to Local Rules 114 and 312.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of October, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)