# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et. al.

    Plaintiffs

v.

MUNICIPALITY OF GUAYNABO, et. als.

    Defendants

**Civil No. 98-1057 (SEC)**

Plaintiff demands trial by jury

## ORDER

The above-captioned matter is hereby referred to Magistrate-Judge J.A. Castellanos for the holding of a case management and settlement conference, **to be set no later than January 21, 2000**. The meeting should address the following issues, among others: (a) whether there has been compliance with the deadlines imposed in the case management order; (b) whether the case is ripe for settlement; and (c) if settlement is not viable, whether the parties would be willing to revisit the possibility of consenting to proceed before a Magistrate Judge. In the event that settlement negotiations are not successful and the parties are unwilling to consent to trial before the Magistrate, **the case shall be returned to this Court**.

**SO ORDERED.**

In San Juan, Puerto Rico, this _18_ day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)