IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et al.,

    Plaintiffs

    v.                              CIVIL NO. 98-1057(SEC)

MUNICIPALITY OF GUAYNABO, et al.,

    Defendants

## ORDER

The Case Management and Settlement Conference is hereby scheduled for January 12, 2000 at 1:30 p.m.

IT IS SO ORDERED.

San Juan, Puerto Rico, November 29, 1999.

                                      J. ANTONIO CASTELLANOS
                                      United States Magistrate Judge

AO 72
(Rev 8/82)