IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ORLANDO REYES, et al.,

    Plaintiffs

    v.                                                            CIVIL NO. 98-1057(SEC)

MUNICIPALITY OF GUAYNABO, et al.,

    Defendants

**CASE MANAGEMENT AND SETTLEMENT CONFERENCE REPORT**

At the Case Management and Settlement Conference held today, the parties were represented by Counsel Félix Román-Carrasquillo, Miguel Simonet-Sierra, Graciela Belaval-Bruno, and Gloria Robinson-Guarch.

Counsel are willing to revisit the possibility of consenting to proceed before this magistrate, but they will have to further consult with their principals. Nevertheless, since discovery is practically concluded, this magistrate recommends that the Final Pretrial Conference and the Trial be scheduled by the Court. Notice should be taken that defendants will move the Court for Summary Judgment. Plaintiffs will make a formal proposal of settlement within the next fifteen (15) days.

This magistrate's assessment is that the case will be settled, if the negotiations remain within the parameters discussed today.

San Juan, Puerto Rico, January 12, 2000.

                                                  J. ANTONIO CASTELLANOS
                                                  United States Magistrate Judge