IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et. al.   *
                         *
    Plaintiffs           *
                         *   Civil No. 98-1057(SEC)
         v.              *
                         *
MUNICIPALITY OF GUAYNABO, et. al.   *
                         *
    Defendants           *
*************************************

ORDER

Pursuant to Magistrate-Judge J.A. Castellanos' Case Management and Settlement Conference Report **(Docket #37)** and in accordance with the parties Joint Informative Motion **(Docket #34)**, the Court is hereby setting the following deadlines in order to establish a procedural track for the management of this case:

**Discovery Deadline: January 30th, 2000**

**Deadline for Filing of Dispositive Motions: February 15, 2000**

**Joint Proposed Pre-Trial Order Filing Deadline: March 31, 2000.**

**SO ORDERED.**

In San Juan, Puerto Rico, this _20_ day of January, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)