IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Orlando Reyes, et. al.*
Plaintiff(s)

v.   Civil No. 98-1057 (SEC)

*Municipality of Guaynabo*
Defendant(s)

RECEIVED & FILED
'00 FEB 22 AM 7:12
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 2/14/00   DOCKET #: 39   TITLE: *Motion Requesting Extension of Time to File Motion for Summary Judgment*

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

*Until March 16, 2000.*

_____
17 II 00
DATE

_____
SALVADOR E. CASELLAS
United States District Judge