IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Orlando Reyes, et al.
Plaintiff(s)

v.

Municipality of Guaynabo, et al.
Defendant(s)

Civil No. 98-1057 (SEC)

RECEIVED & FILED
00 MAR 23 AM 7:15
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 3/16/00   DOCKET #: 41   TITLE: Motion Requesting Short Extension of Time to File Motion for Summary Judgement

[ ] Plaintiff(s)      [ ] Third Party Defendant(s)

[X] Defendant(s)      [ ] Joint

DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

| COMMENTS |
|---|

Until April 5, 2000.

20-III-00
DATE

SALVADOR E. CASELLAS
United States District Judge

42