UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et. al.
    Plaintiffs
        v.                               Civil No. 98-1057(SEC)
MUNICIPALITY OF GUAYNABO, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #43<br>Motion Requesting that Deadline for the Filing of the Pretrial Conference Report be Continued *Sine Die* | Granted. The Court will set another deadline after disposition of the parties summary judgment motions. No further extensions beyond the April 5th, 2000 deadline will be granted for filing summary judgment motions. |

DATE: April 6th, 2000

SALVADOR E. CASELLAS
United States District Judge

s/c M Simonet
F. Román
L. Belaval
L. Robison
L. Gonzalez

4-7-00