UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et. al.
    Plaintiffs

          v.                    Civil No. 98-1057(SEC)

MUNICIPALITY OF GUAYNABO
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #49**<br>**Motion Requesting that Defendant Municipality of Guaynabo's Motion for Summary Judgment be Stricken from the Record for Timeliness** | **Denied.** The Court's Order of April 6, 2000, **(Docket #45)**, crossed over with Defendant's request for an extension of time of two days, filed on April 5, 2000, **(Docket #44)**. The delay is not unreasonable. In addition, if granted, Defendants' motion for summary judgment will dispose of the case as a whole, therefore, the Court will allow the late filing in this specific case. |

DATE: April 28, 2000

                                                SALVADOR E. CASELLAS
                                                United States District Judge

