IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et. al.
    Plaintiffs
        v.                        Civil No. 98-1057(SEC)
MUNICIPALITY OF GUAYNABO, et. al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #55<br>Motion Requesting Leave to File a Reply | **Granted.** Until July 3rd, 2000. |

DATE: June 23, 2000

                                         SALVADOR E. CASELLAS
                                         United States District Judge

