UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES, et. al.
    Plaintiffs
            v.             Civil No. 98-1057(SEC)
MUNICIPALITY OF GUAYNABO,
et. al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket #47**<br>Motion Under Local Rule 108.1 for Leave to File Documents in the Spanish Language Pending Translation | Granted. |
| **Docket #48**<br>Motion Adopting Motion for Summary Judgment Submitted by the Municipality of Guaynabo | Granted. |
| **Docket #52**<br>Motion Requesting Granting of Summary Judgment and Dismissal of the Complaint with Prejudice | **Denied**, for the reasons stated below. |
| **Docket #53**<br>Motion Requesting Remedy | The court has considered all the documents filed by the parties on this issue, **(Dockets # 52, 53, 54 and 58)**, and finds that the most equitable solution to this impasse is to **GRANT** leave for the taking of Vidal Reyes-Rosado's ("Vidal") deposition. Although Plaintiffs' attempt to take Vidal's deposition was untimely, their negligence was apparently induced by their overconfidence in the success of the settlement negotiations that were in fact being carried out. See Docket #37. In addition, the Court finds that Plaintiff's counsel did not fraudulently conceal evidence to surprise the defendants at trial, in violation of Fed.R.Civ.P. 26(e) and 37(c)(1). Therefore, the Court **ORDERS** that Vidal Reyes-Rosado make himself available for the taking of his deposition within twenty (20) days of this order. In addition, Plaintiffs shall file their opposition to the Defendants' motion for summary judgment, (Docket # 46), within 20 days after the taking of Vidal's deposition. Any replies must be filed within ten days afterwards. |



Civil No. 98-1057(SEC) 2

| MOTION | RULING |
|---|---|
| Docket #57<br>Motion Requesting Extension of Time<br>to File Reply | Moot. |

DATE: August 8TH, 2000

*signature*
SALVADOR E. CASELLAS
United States District Judge