UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

    **Plaintiff(s)**

    v.                                                       **CIVIL NUMBER: 98-1057(JAG)**

MUNICIPALITY OF GUAYNABO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/20/00<br>**Title:** Motion Requesting Extension of Time to Oppose Defendants' Motion for Summary Judgment<br>**Docket:** 63<br>[x]Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge