# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 NOV -8 PM 1:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.                                CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/00<br>**Title:** Motion Requesting Short Extension of Time<br>**Docket:** 65<br>[x]Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

**Date:** November 3, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

