UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ORLANDO REYES GARCIA, ET AL

    **Plaintiff(s)**

    v.                             CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/16/00<br>**Title:** Motion Requesting Leave toReply and Extension of Time<br>**Docket:** 71<br>[ ]Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: November 27, 2000          JAY A. GARCIA-GREGORY
                                            U.S. District Judge