UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/14/00<br>**Title:** Request for Extension of Time and Permission to File Reply to Opposition to Motion for Summary Judgment and a Comparative Analysis of the Uncontroverted Facts<br>**Docket:** 69<br>[ ]Plffs   [x] Defts   [ ] Other | **GRANTED.** Defendants have until January 15, 2001 to file its reply to plaintiff's Motion in Opposition to Motion for Summary Judgment and Memorandum in Support. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/14/00<br>**Title:** Notice of Appearance(by Héctor O'Neill and Carmen Febo)<br>**Docket:** 68<br>[ ]Plffs   [ ] Defts   [ ] Other | **NOTED.** |

Date: December 1st, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

73