# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.                             **CIVIL NUMBER:** 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/21/00<br>**Title:** Motion Requesting Leave to Withdraw as Legal Representative<br>**Docket:** 75<br>[ ]**Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** |

**Date:** December 27, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge