# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/26/01 <br> **Title:** Motion Submitting Amended Defendants' Local Rule 311.12 Statement of Uncontested Material Facts and Exhibits in Support Thereof <br> **Docket:** 82 <br> [ ]Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: February 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

