UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/27/01<br>**Title:** Motion Requesting Leave to Withdraw as Counsel of Record<br>**Docket**: 88<br>[ ]**Plffs**   [x] **Defts**   [ ] **Other** | The Court grants attorney Cándida R. Negrón-Ramos' request to withdraw as legal counsel in the present case. As well, the Court grants attorney Negrón-Ramos' request to receive a copy of this Order at the address stated in the motion. |

**Date:** March 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge