UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

    **Plaintiff(s)**

    v.                              CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/26/01<br>**Title:** Motion Under Local Rule 108.1 for Leave to File Documents in the Spanish Language Pending Translation and Requesting that Plaintiff be Ordered to Translate the Deposition of Vidal Reyes-Rosado<br>**Docket:** 83<br>[ ]**Plffs**   [x]**Defts**   [ ]**Other** | The Court grants the co-defendants' motion for leave to file documents in the Spanish language provided a translation of such documents be filed within the period of sixty (60) days from the date of issuance of this Order. As well, the Court orders plaintiffs to provide the translation of Reyes-Rosado's deposition, and exhibits of the plaintiffs' opposition to the Motion for Summary Judgment within the same period of sixty (60) days previously expressed. |

**Date:** March 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge