UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

    **Plaintiff(s)**

        v.                    CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/21/01<br>**Title:** Notice of Appearance<br>**Docket:** 93<br>[ ]Plffs   [x] Defts   [ ] Other | **GRANTED**, as requested. |

**Date:** April 9, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



96