## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

    **Plaintiff(s)**

        **v.**                        **CIVIL NUMBER:** 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**  03/16/01<br>**Title:** Motion Requesting Leave to Withdraw Legal Representation<br>**Docket:** 92<br>[ ]**Plffs**   [x ]**Defts**   [ ] **Other** | **GRANTED.** The Court grants attorneys Pedro Soto-Ríos and Mayra Maldonado's request to withdraw as counsel of record for co-defendant Vidal Reyes Rosado. As well, the Court grants co-defendant a period of forty five days (45) days to retain new counsel. The Court orders that all notices be served upon Francisco Acevedo-Nogueras, Esq. until new counsel enters an appearance. |

**Date:**  April 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

97