# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 04/10/01<br>Title: Motion Submitting English Translations of Exhibits<br>Docket: 95<br>[ ]Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

