UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/20/01<br>**Title:** Motion Requesting Leave to Withdraw as Counsel of Record<br>**Docket:** 98<br>[ ]Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

