IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES-GARCIA and his
wife DELIA MORALES CAMACHO

**Plaintiffs**

v.                                       CIVIL NO. 98-1057 (JAG)

MUNICIPALITY OF GUAYNABO, et al

**Defendants**

---

**JUDGMENT**

Based on the Opinion and Order of this date, the Court enters judgment dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of November 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge