UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.                                CIVIL NUMBER:    98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/02/02<br>**Title:** Motion Submitting Certified Translation<br>**Docket:** 110<br>[x] **Plffs**    [ ] **Defts**    [ ] **Other** | **GRANTED.** The English translations shall form part of the record. |

Date:  January 16, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


