## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

**Plaintiff(s)**

v.　　　　　　　　　　　　　　**CIVIL NUMBER:** 98-1057(JAG)

MUNICIPALITY OF GUAYNABO, ET AL

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/03/02<br>**Title:** Informative Motion Notifying Vacations<br>**Docket:** 112<br><br>[ ] Plffs　[X] Defts　[ ] Other | **NOTED.** If any proceedings are scheduled during counsel absence she will not be excused and must make arrangements accordingly. |

**Date:** July 11, 2002

　　　　　　　　　　　　　　　　　　　JAY A. GARCIA-GREGORY
　　　　　　　　　　　　　　　　　　　U.S. District Judge