# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ORLANDO REYES GARCIA, ET AL

    **Plaintiff(s)**

       **v.**                **CIVIL NO.**  98-1057 (JAG)

MUNICIPALITY OF GUAYNABO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/19/02<br>**Title:** Motion Announcing Change of Address<br>**Docket(s):** 113 | NOTED. |
| X Plaintiffs     ☐ Third Party<br>☐ Defendant(s)     ☐ Other | |

**Date:** July 23, 2002

JAY A. GARCIA GREGORY
U.S. District Judge


